BEFORE THE FIRST DIVISION, JANUARY 25, 1939

**No. 40521.**—Protest 965039–G of Ozalid Corporation (New York).

Opinion by Brown, J. It was stipulated that the merchandise is the same as the sensitizing preparations and developer for photoprint paper passed upon in *Ozalid Corp.* v. *United States* (T. D. 48969). The claim at 40 percent ad valorem and 7 cents per pound under paragraph 27 was therefore sustained.